Ruffin, Judge.
 

 —
 

 This is an indictment against the master; and it is founded on a misconception of the act of 1794. The statute directs the grand jury, to make “presentment of any slave.” The great purpose of the act is to prevent and abate the nuisance, as was said in
 
 Woodman’s
 
 case. The proceeding is therefore primarily against that; and the notice to the master is to give him an opportunity, as in other cases, of defending his slave, and not defending himself personally. It is tx*ue, the on net* is indirectly punished, by having his slave hired out for one year. But that is only the incidental consequence of the judgment. The personal liability of the master, is for the penalty of twenty pounds. The act does not make him guilty of a misdemeanor, nor subject him to indictment.
 

 The judgment of the Superior Court is therefore reversed, and the judgment arrested.
 

 Per Curiam. — Judgment reversed.